UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Zahirah Miranda Perez

       Plaintiff,

vs.

CoreCivic Inc., United States of America, United States of America Department of Homeland Security and United States of America Immigration and Customs Enforcement

       Defendants.

Civil Action No.:   1:25-cv-13736

**PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND**

---------------------------------------------------

    Plaintiff, Zahirah Miranda Perez, brings this civil action against Defendants, CoreCivic Inc. the United States of America, the United States of America Department of Homeland Security and the United States of America Immigration and Customs Enforcement.

I. **PRELIMINARY STATEMENT**

    1. This suit seeks to hold the United States of America and CoreCivic Inc. one of the nation's largest private prison companies, to account in damages for their role in proximately causing the Plaintiff, Zahirah Miranda Perez, to sustain serious bodily injuries when she slipped and fell on a wet floor on the premises of the Elizabeth Contract Detention Facility in Elizabeth, New Jersey, owned, occupied, operated and/or maintained by the defendants while in the course of her employment as a Court Interpreter at the Immigration Court located at that premises.

    2. The Elizabeth Contract Detention Facility is leased, occupied, maintained, and/or operated by CoreCivic Inc., under contract with the United States of America, the United States of America Department of Homeland Security and the United States of America Immigration and Customs Enforcement (Hereinafter identified as ICE).

1

3.	On October 22, 2024, Plaintiff Zahirah Miranda Perez was on the premises of the Elizabeth Contract Detention Center in the course of her employment as an Interpreter at the Immigration Court located at said premises. On that date, she was assigned to the Courtroom of Judge Richard Bailey. Before her first Court appearance that day, the Plaintiff sought to avail herself of the Center's restroom facilities. As she entered the bathroom, she slipped and fell on a wet, slippery floor. As a result of her slip and fall, the Plaintiff sustained severe and permanent bodily injuries.

4.	This is a civil action for monetary relief and damages for bodily injuries and economic damages and losses Plaintiff sustained as a result of the acts and omissions of Defendants, CoreCivic Inc., the United States of America, the United States of America Department of Homeland Security and the ICE, in negligently failing to maintain and operate the Center in a safe manner and condition for the safety and benefit of persons, such as Plaintiff, lawfully upon the premises as business invitees. These Defendants, both individually and collectively, were responsible for Plaintiff's slip and fall and resulting injuries.

## II.   PARTIES

5.	Plaintiff, Zahirah Miranda Perez, is an individual and Certified Court Interpreter employed at all times pertinent to this matter at the Elizabeth Contract Detention Center located in Elizabeth, New Jersey. Plaintiff resides at 1312 Barbara Avenue in Union, New Jersey 07083.

6.	Defendant, CoreCivic Inc. is a corporation that is incorporated under the laws of the State of Maryland. Upon information and belief, Defendant CoreCivic Inc. has its principal place of business at 5501 Virginia Way, Brentwood Tennessee. Defendant CoreCivic Inc. may be served with process by serving its registered agent, The Corporation Trust Company, located at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093-2264.

7. In the alternative, CoreCivic Inc. is registered as a foreign corporation with the State of New Jersey with its agent for service of process being the CT Corporation System, 820 Bear Tavern Road, West Trenton, New Jersey 08628.

8. The United States of America may be served by emailing a copy of the Summons and of the Complaint to usatxs.civilnotice@usdoj.gov and by sending a copy of the Summons and of the Complaint by registered or certified mail to the Civil Process Clerk, United States Attorney's Office for the District of New Jersey, Peter Rodino Federal Building, 970 Broad Street, No. 806, Newar, New jersey 07102; and, by sending a copy of the Summons and the Complaint by registered or certified mail to the Attorney General of the United States of America, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington DC 20530-0001.

9. Defendant, United States of America Department of Homeland Security may be served by sending a copy of the Summons and a copy of the Complaint by registered or certified mail to The Office of the General Counsel, United States of America Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, S.E., Washington, DC 20528-0485.

10. Defendant, United States of America Immigration and Customs Enforcement may be served y sending a copy of the Summons and the Complaint by registered or certified mail to The Office of the Principal Legal Advisor, United States of America Immigration and Customs Enforcement, District Court Litigation Division, 500 12th Street, S.W., Washington, DC 20536.

### III.     JURISDICTION

11. The Court has original jurisdiction over Defendant United States of America under the Federal Tort Claims Act, 28. U.S.C. § 1346(b)(1) because this is a civil action on claims against the United States of America, for money damages, accruing on or after January 1, 1945, for injury and personal injury caused by the negligent or wrongful acts or omissions of employees of the United

States Government while acting within the scope of their office or employment, under circumstances where the Unites States of America, if a private person, would be liable to the Plaintiff in accordance with the Law of the State of New Jersey, where the acts or omissions occurred. See 28 U.S.C. § 1346(b)(1). As set forth in greater detail in the Complaint, Plaintiff suffered personal injury and incurred damages proximately caused by the negligent or wrongful acts or omissions of employees of the United States Government, including but not limited to employees of the Unites States Immigration and Customs Enforcement Agency, the United States of American Department of Homeland Security and/or CoreCivic Inc. These employees were acting in the course and scope of their employment with the Unites States Government when they negligently committed acts or omissions that proximately caused the Plaintiff to slip and fall on October 22, 2024 while she was lawfully in the premises of the Elizabeth Contract Detention Center in Elizabeth, New Jersey as a business invitee where as an individual person, they would be liable to Plaintiff under the Law of the State of New Jersey for these acts and omissions as set forth herein.

12. The Cout has Supplemental Jurisdiction under 28 U.S.C. §§ 1367 over Plaintiff's claim against Defendants, CoreCivic Inc., Ser 28 U.S.C. § 1367(a). Plaintiff's claims against Defendants, CoreCivic Inc. are so related to the claims in the action against the United States of America that they form part of the same case or controversy under Article III of the United States Constitution. Specifically, Plaintiff's claims against these Defendants arise from a common nucleus of operative facts which forms the basis of Plaintiff's claim against the United States of America

13. Additionally, and in the alternative, the Court has Diversity Jurisdiction over Plaintiff's claims against the remaining Defendants, CoreCivic Inc., under 28 U.S.C. §1332(a)(3) because there is complete diversity of citizenship, and the amount in controversy exceeds $75,000.00 excluding interest and costs. Sec 28 U.S.C. §1332(a)(3).

4

14. The Court has general Personal Jurisdiction over Defendants, CoreCivic Inc. by virtue of its continuous and systematic contacts with the State of New Jersey as to render them essentially at home in the State of New Jersey. Upon information and belief, Defendants, CoreCivic Inc. are registered to do business in the State of New Jersey. Upon information and belief, Defendants, CoreCivic Inc. contracted with the United States of America Department of Homeland Security and the United States of America Immigration and Customs Enforcement agency to operate the Elizabeth Contracting Detention Facility in Elizabeth, New Jersey. Upon information and belief, the Defendants, CoreCivic Inc., were operating at the Elizabeth Contracting Detention Facility pursuant to the contractual agreement at the time of the events giving rise to Plaintiff's claims.

15. In the alternative, the Court has specific Personal Jurisdiction over Defendants, CoreCivic Inc. The Plaintiff's claims against it arise out of or relate to a contract between Defendants, CoreCivic Inc. and the State of New Jersey.

### IV. VENUE

16. Venue is proper in this district and division under 28 U.S.C. § 1391(b)(2) and 28 U.S.C. § 1391(e)(1)(B) because a substantial part of the events or omissions giving rise to these claims occurred in this district. The events giving rise to many of Plaintiff's claims primarily occurred in Elizabeth, New Jersey, which sits in the United States of America District Court for the District of New Jersey.

### V. CONDITIONS PRECEDENT

17. All conditions precedents have occurred or have been performed. Fed. R. Civ. P. 9(c). Plaintiff timely presented this claim in writing to Defendant, the United States of America. The United States of America denied the plaintiff's claim by letter dated February 5, 2025, from the United States of America Immigration and Customs Enforcement and the United States of

America Department of Homeland Security. This Complaint has been filed and the action commenced within six (6) months of the mailing of said denial pursuant to 28 U.S.C. Sec. 2401(b).

## VI.     STATEMENT OF FACTS

18. At all times herein mentioned, the Defendants were the tenants, occupiers, contractors, and/or contracted maintenance personnel of property known as the Elizabeth Contract Detention Center located at 625 Evans Street in Elizabeth, New Jersey.

19. At all times pertinent to this matter, said Defendants were responsible for the maintenance, care, construction, operation, control, and/or repair of said property.

20. More particularly, the Defendant United States of America, by and through its employees or contractors, exercised control over the premises and had a duty to maintain the safety of its facility for lawful visitors.

21. More particularly, the Defendant CoreCivic, Inc. as the contractor of the defendant United States of America, was responsible for providing janitorial services to said premises as well as being responsible for the maintenance, care, construction, operation, control, and/or repair of said premises.

22. On or about October 22, 2024, Plaintiff Zahirah Miranda Perez was lawfully upon the premises as in the course of her employment as a contracted language interpreter for the United States of America Immigration Court located at said Elizabeth Contract Detention Facility.

23. At said time and place the Plaintiff was injured when she was caused to slip and fall on a wet and slippery condition that was unmarked and unwarned on the floor of a bathroom in the premises as she was entering it.

24. The wet and slippery floor that caused Plaintiff to slip and fall constituted and represented a hazardous and unsafe condition of said premises that was negligently maintained and/or failed to be warned of by agents, servants, or employee of the Defendants.

25. At the aforesaid time and place, the Defendants were careless, reckless, and/or negligent in their maintenance, care, construction, operation, control, and/or repair of the premises.

26. At all relevant times, employees of the Defendants were acting within the scope of their employment in maintaining the premises and owed a duty of care to Plaintiff and others lawfully upon the premises.

### VII. COUNT I: NEGLIGENCE-FEDERAL TORT CLAIMS ACT AGAINTS DEFENDANTS UNITED STATES OF AMERICA, UNITED STATE OF AMERICA DEPARTMENT OF HOMELAND SECURITY AND UNITED STATES OF AMERICA IMMIGRATION AND CUSTOMS ENFORCEMENT

27. Plaintiff repeats and incorporates by reference all preceding paragraphs as if fully set forth herein.

28. Defendant United States of America, United States Department of Homeland Security and United States Immigration and Custom Enforcement through their agents, servants, and/or employees, owed the Plaintiff a duty of car to maintain a safe premises.

29. Said Defendants United breached that duty and were negligent in failing to correct, clean or warn of the dangerous and hazardous wet and slippery floor.

30. As a direct and proximate result, the Plaintiff sustained injuries and damages as described herein.

## VIII.  COUNT 2:
## NEGLIGENCE-PREMISES LIABILITY
## AGAINST DEFENDANT CORECIVIC, INC.

31.     Plaintiff repeats and incorporates by reference all preceding paragraphs as if fully set forth herein.

32.     Defendant CoreCivic, Inc. had a duty to maintain the floors in a safe condition and to warn persons lawfully upon said premises of any reasonably discoverable and/or known dangers.

33.     Defendant CoreCivic, Inc. breached its duty through its negligent failure to inspect, clean, or post adequate warnings regarding the wet and slippery floor.

34.     As a direct and proximate result, the plaintiff sustained injuries and damages as described herein.

## IX.    DAMAGES

35.     As a result of the aforesaid negligence and breach of duty of the aforesaid Defendants, the Plaintiff was caused to be severely and permanently injured and disabled; caused and in the future will be caused to suffer great bodily pain, suffering and mental anguish; was and in the future will be required to have and undergo medical care and attention; was and in the future will be compelled to expend large sums of money for said medical care and attention; and, was and in the future will be prevented from engaging in her normal and usual pursuits and occupations including business and other occupations with resulting loss of income.

## X. PRAYER FOR RELIEF

Wherefore, Plaintiff, Zahirah Miranda Perez demands judgement against the defendants, jointly, severally or in the alternative for compensatory damages, together with interest and costs of suit and attorney's fees as allowed by law and any other relief as may be permitted by law and that the Court deems just and proper.

## XI. JURYDEMAND

The Plaintiff demands a Trial by jury on all issues so triable.

Respectfully submitted,

By: *(signature)*

**MATTHEW R. POMO, JR., ESQ.**
Bar No.: 013421979
Brady Reilly & Cardoso, LLC
241 Kearny Avenue
Kearny, New Jersey 07032
Phone: (201)997-0030
Fax: (201)997-7150
Email: mpomo@brclegal.com

Dated: July 25, 2025